MINUTE ENTRY
DOUGLAS, M.J.
OCTOBER 29, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-217 |
| DAVID TRAN (78) | SECTION: H |

A hearing on defendant's motion to withdraw counsel and motion to appoint counsel was set this date before United States Magistrate Judge Dana M. Douglas.

    PRESENT:    David Haller, Assistant U.S. Attorney
                        Stephen Shapiro, Counsel for Defendant
                        David Tran, Defendant

Statements were made by the court and counsel for defendant.

Good cause shown, **IT IS ORDERED** that the motion to withdraw as counsel is **GRANTED**.

Defendant was questioned regarding his financial affidavit from 2017. Accordingly;

**IT IS FURTHER ORDERED** that the motion to appoint counsel is GRANTED and the Federal Public Defender is appointed to represent the defendant in this matter.

The defendant was remanded to the custody of the U.S. Marshal.

_____
DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:05