MINUTE ENTRY
MILAZZO, J.
FEBRUARY 10, 2020

JS-10: 02:55

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-217 "H"(1) |
| DAVID TRAN (78) | |

### MINUTE ENTRY
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS/SHERRY ADAMS
COURT REPORTER: NICHELLE DRAKE
LAW CLERK: EMMY SCHROETER

APPEARANCES:   DAVID HALLER & MOBAYONLE OSUNDARE, AUSA, FOR GOVERNMENT
ROBERT JENKINS, FOR DEFENDANT

Court begins at 8:00 a.m.
Defendant, David Tran (78), present in Court to discuss a letter received by the Court from defendant on February 7, 2020 (Doc. 125-1).
Defendant's requests set forth in this letter are DENIED for reasons set forth on the record.
Government's Motion in Limine to Preclude Defense from Arguing Suppression Issue During Trial and Offering Irreverent, Confusing Evidence (R. Doc. 124) is GRANTED.
Government's noticed evidence outlined in the 404(b) Notice (Doc. 116) is deemed admissible.
This matter will proceed to trial.
Recess 8:10 a.m. – 8:40 a.m.

Petit jurors brought into courtroom and administered the oath on voir dire.
1st panel of petit jurors questioned by the Court and counsel.
2nd panel of petit jurors questioned by the Court and counsel.
Juror #35 excused.
A jury of 12 and 1 alternate selected, sworn, and instructed.
The remainder of the panel is excused.

Jury recessed.

Defendant pleads guilty as to counts 1, 2, 3, & 4 of the Superseding Indictment.
Reading of the Indictment by the Court to the defendant is waived.
Defendant sworn.
Defendant is cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.
Defendant is informed of rights to trial by jury or the Court and waives same.
Defendant is informed of the maximum penalties.
Defendant is informed of the Sentencing Guidelines.
Defendant enters a plea of Guilty.
Factual basis summarized by the U.S. Attorney, signed by all parties and filed into the record.
The Court finds there is a factual basis for the guilty plea in this matter and that the defendant is knowingly, willingly & voluntarily pleading guilty.
The defendant is ADJUDGED GUILTY on plea of Guilty with respect to Counts 1, 2, 3, and 4 of the Superseding Indictment.
**TRIAL IS HEREBY CANCELLED.**
A Pre-Sentence Investigation is ORDERED.
**SENTENCING set for June 3, 2020 at 9:30 a.m.**
Defendant is remanded to the custody of the U.S. Marshals and is to return on the date set for sentencing.

Jurors return to courtroom to be thanked and formally excused by the Court.

Court adjourned at 11:25 a.m.

