**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


UNITED STATES OF AMERICA                          CRIMINAL NO. 17-217

VERSUS                                                         SECTION "H"

DAVID TRAN (78)


<u>**NOTICE OF SENTENCING**</u>


Take Notice that this matter is SET for Sentencing on **June 3, 2020 at 9:30 A.M.** before Judge Jane Triche Milazzo, Courtroom C-224, Federal Courthouse, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: February 10, 2020

                                                              CAROL L. MICHEL, CLERK
TO:
**DAVID TRAN (78)**                              by:   **Erin Mouledous**
(In Custody)                                                  **Case Manager**


**Robert Charles Jenkins**                      AUSA:  David Earl Haller
Robert C. Jenkins & Associates             Mobayonle Osundare
631 St Charles Ave.                                 New Orleans, LA 70130
New Orleans, LA 70130
(504) 586-1616
Email: rj1430@aol.com                           U.S. Marshal


                                                              U.S. Probation Office - U.S. Pretrial Services


                                                              JUDGE MILAZZO


If you change address,
notify Clerk of Court                             FOREIGN LANGUAGE INTERPRETER:
by phone, 504-589-7695
                                                                   NONE