Honorable Michael B. North                                    6-28-2021
United States Magistrate Judge
U.S. District Court
Eastern District OF Louisiana
500 Poydras ST. Room# B-4 TENDERED FOR FILING
                            eue...........

                            JUL 07 2021

                    U.S. DISTRICT COURT
                 Eastern District of Louisiana
                        Deputy Clerk

Dear Honorable Judge Michael B. North, On July 26, 2017. An
Application/Affidavit for Search Warrant with delayed notice for
In the Matter of the Search of the cellular telephone assigned
call number (504)669-5549, and Order granting a Motion to
Seal Affidavit, Search Warrant, Application for Search Warrant and
Motion and order to seal Signed by your office.
Case No. 17-MC-7130 AUSA David E. Haller, Special Agent Brian
P. Mariano DEA and TFO Lockhart On Jan. 28, 2020 conducted
a meeting of David TRAN at the Hale Boggs Federal Courthouse
in New Orleans, Louisiana Present during the interview
TRAN Attorney Mr. Robert C. Jenkins also present. When
I told AUSA David Haller and them Agents that on August 8, 2017
however, Precise Location Information for Target Telephone 7
(David TRAN) confirmed that Target Telephone: 7 (David TRAN)
was located in the Houston area later that same night.
With out a search warrant. So TFO Mr. Lockhart made one
up at the meeting and AUSA Mr. Haller act like he calling
the clerk's office to get a copy of the Search Warrant
(SEE Exhibits)

Page 1-2

There was no Search Warrant Case No. 17-MC-7130 ↓was Filed 07/26/17
to record by the clerk's office. On February 7, 2020,
March 5, 2020, and April 27, 2020. The clerk's office is
unable to provide me with the information you are
requesting. Case No. 17-MC-7130 Search Warrant Bogus.
(See Exhibits)

Thank you for your time and cosideration.''

With Kindest Regards

David Tran

David Tran "78"
N.C.C.C.
5061 LA. Highway 3127
Killona, LA 70057

Page 2-2

Case No. 17-mc-7130

Documents 1-7 was made up to cover up
for August 8, 2017. When I told them they
precise Location information for Target Telephone 7
(David TRAN) confirmed that Target Telephone 7 (David
TRAN) was located in the Houston area later that
same night. with out a Search Warrant.

David TRAN, WILLOUGHBY, ████████ and other criminal associates involved with these individuals in the distribution of heroin and cocaine in the New Orleans area.

### A. Physical Surveillance

51.  Physical surveillance of the members of this organization has been extensive and continues to be used in conjunction with recent wire and electronic intercepts. Recent physical and electronic surveillance of **David TRAN** and **Anthony TRAN** indicated that **David TRAN** and **Anthony TRAN** recently traveled to the Houston, Texas area to arrange for a resupply of heroin. For instance, on August 8, 2017, agents established surveillance of **David TRAN** and **Anthony TRAN** in the vicinity of ██ ████████, Avondale, LA. During the surveillance, agents observed **David TRAN** and **Anthony TRAN** load a black Mercedes SUV onto a utility trailer attached to a black Toyota Tundra. Agents observed **David TRAN** and **Anthony TRAN** leave in the Tundra and drive westbound on Interstate 10 toward Texas. Agents discontinued surveillance; however, Precise Location Information for **Target Telephone 7 (David TRAN)** confirmed that **Target Telephone 7 (David TRAN)** was located in the Houston area later that same night. On August 9, 2017, the wire and electronic intercept of Target Telephone 5 **(LOUIS)** captured a text message from Target Telephone 5 **(LOUIS)** to **Target Telephone 7 (David TRAN)** which read, "Im going to hit yall today," indicating that **LOUIS** intended to meet **David TRAN** and **Anthony TRAN** for the purpose of continuing to repay **LOUIS'** drug debt.

52.  Agents had previously established surveillance in **LOUIS'** primary heroin distribution area in anticipation of **LOUIS** possibly meeting **David TRAN** and **Anthony TRAN**. Moments later, the wire and electronic intercept of Target Telephone 5 **(LOUIS)** captured a text

# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana



| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  17 MC 7130 |
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (504) 669-5549 | ) ) ) | |



## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment "A"

located in the _____Eastern_____ District of _____Louisiana_____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. 841 | Possession with intent to distribute Controlled Substances |
| 21 U.S.C. 843(b) | Use of a communication device in furtherance of a drug trafficking crime |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute Controlled Substances |

The application is based on these facts:
See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Brian Mariana
*Applicant's signature*

Special Agent Brian Mariana, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____7/26/17_____

*Judge's signature*

City and state:  New Orleans, Louisiana

Honorable Michael B. North, United States Magistrate Judge
*Printed name and title*

CLERK'S OFFICE
A TRUE COPY
Aug 20 2020
Deputy Clerk U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

AO 106 (Rev. 06/09) Application for a Search Warrant

SEALED

B36

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

In the Matter of the Search of     )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*   )     Case No.  17 MC 7130
                   )
IN THE MATTER OF THE SEARCH OF THE CELLULAR   )
TELEPHONE ASSIGNED CALL NUMBER (504) 669-5549   )
                   )

## APPLICATION FOR A SEARCH WARRANT

    I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the     Eastern     District of     Louisiana     , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

    The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

    ☑ evidence of a crime;

    ☑ contraband, fruits of crime, or other items illegally possessed;

    ☐ property designed for use, intended for use, or used in committing a crime;

    ☐ a person to be arrested or a person who is unlawfully restrained.

    The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with intent to distribute Controlled Substances |
| 21 U.S.C. 843(b) | Use of a communication device in furtherance of a drug trafficking crime |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute Controlled Substances |

    The application is based on these facts:
See Attached Affidavit

    ☑ Continued on the attached sheet.

    ☑ Delayed notice of   30   days (give exact ending date if more than 30 days:          ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

                                        s/ Brian Mariana
                                      *Applicant's signature*

                              Special Agent Brian Mariana, DEA
                                    *Printed name and title*

Sworn to before me and signed in my presence.

Date:     7/26/17

                                      *Judge's signature*

City and state:  New Orleans, Louisiana           Honorable Michael B. North, United States Magistrate Judge
                                      *Printed name and title*

| Print | Save As... | Attach | Reset |

AO 106 (Rev. 06/09) Application for a Search Warrant   Case 2:17-mc-07130-DM *SEALED*   Document 1   Filed 07/26/17   Page 1 of 10   SEALED

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | )     Case No.   17 MC 7130 |
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (504) 669-5549 | ) |
| | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the _____Eastern_____ District of _____Louisiana_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with intent to distribute Controlled Substances |
| 21 U.S.C. 843(b) | Use of a communication device in furtherance of a drug trafficking crime |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute Controlled Substances |

The application is based on these facts:

See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/ Brian Mariana*
*Applicant's signature*

Special Agent Brian Mariana, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___7/26/17___

City and state: New Orleans, Louisiana

*Judge's signature*

Honorable Michael B. North, United States Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|

AO 106 (Rev. 06/09)  Application for a Search Warrant

S E A L E D

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>IN THE MATTER OF THE SEARCH OF THE CELLULAR<br>TELEPHONE ASSIGNED CALL NUMBER (504) 669-5549 | )<br>)<br>)<br>)<br>)<br>)     Case No.  17 MC 7130 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the _____ Eastern _____ District of _____ Louisiana _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with intent to distribute Controlled Substances |
| 21 U.S.C. 843(b) | Use of a communication device in furtherance of a drug trafficking crime |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute Controlled Substances |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
s/ Brian Mariana
*Applicant's signature*

_____
Special Agent Brian Mariana, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 7/26/17 _____

_____
*Judge's signature*

City and state:  New Orleans, Louisiana

Honorable Michael B. North, United States Magistrate Judge
*Printed name and title*

Document 1-4 was made up at the meeting on Jan. 28, 2020. by AUSA Mr. David Haller, Special Agent Brian P. Mariana DEA and TFO Mr. Lockhart. in the Hale Boggs Federal Courthouse in New Orleans Louisiana TRAN Attorney Mr. Robert C. Jenkins also present.

AO 106 (Rev. 06/09) Application for a Search Warrant   Case 2:17-mc-07130-DM *SEALED*   Document 1   Filed 07/26/17   Page 1 of 10   SEALED

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

In the Matter of the Search of                          )
*(Briefly describe the property to be searched*          )
*or identify the person by name and address)*            )     Case No.  17 MC 7130
                                                        )
IN THE MATTER OF THE SEARCH OF THE CELLULAR             )
TELEPHONE ASSIGNED CALL NUMBER (504) 669-5549           )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the _____ Eastern _____ District of _____ Louisiana _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with intent to distribute Controlled Substances |
| 21 U.S.C. 843(b) | Use of a communication device in furtherance of a drug trafficking crime |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute Controlled Substances |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☑ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
s/ Brian Mariana
*Applicant's signature*

Special Agent Brian Mariana, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 7/26/17 _____

_____
*Judge's signature*

City and state:  New Orleans, Louisiana

Honorable Michael B. North, United States Magistrate Judge
*Printed name and title*

 

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

I, Brian Mariana, being first duly sworn, hereby depose and state as follows:

1.      Your affiant is a Special Agent ("SA") with the Drug Enforcement Administration ("DEA"), United States Department of Justice, currently assigned to the DEA, New Orleans Field Division.   Your affiant has over twenty (20) years of law enforcement experience, including eighteen (18) years as a DEA Special Agent. During that time, your affiant has authored or co-authored more than thirty (30) federal Court Authorized wire and electronic intercepts, in addition to having monitored and reviewed tens of thousands of intercepted telephone conversations and text messages between drug traffickers.

2.      Your affiant has participated in other investigations involving drug trafficking violations, including, but not limited to, the distribution, importation, manufacturing, and possession with the intent to distribute illegal controlled substances, and conspiracy to the above, as well as the use of communication facilities such as telephones, digital telephone pagers, and other like facilities that are commonly used to facilitate drug law violations.

3.      Your affiant is an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7).

4.      This Affidavit is based upon personal knowledge derived from your affiant's participation in this investigation and including information from the following reliable sources:

   a.      Oral reports about this and other investigations that your affiant has received from members of DEA and the New Orleans Police Department ("NOPD");

   b.      Physical surveillance conducted by DEA and NOPD that has been reported to your affiant directly or indirectly;

   c.      Public records;

1

    d.      Review of pen register and trap and trace information, telephone call records, and subscriber information; and

    e.      Telephone calls and text messages intercepted during recent court authorized wire and electronic intercepts of telephones used by Thaddeus CARTER, Nathaniel LOUIS, and Dwayne JOHNSON.

**REQUESTED WARRANT AND ORDER**

5.      This Affidavit is submitted in support of an Application for a Warrant pursuant to Rule 41 of the Federal Rule of Criminal Procedure, and an Order pursuant to 18 U.S.C. § 2703(c)(1)(A), to authorize agents of DEA to ascertain the physical location of the cellular telephones described below by obtaining information including, but not limited to, E-911 Phase II (Precise Location) data, for a period of thirty (30) days:

    a.    **Target Telephone:**  assigned call number **(504) 669-5549**, service provided by Sprint.   The **Target Telephone** is subscribed and billed to DSGSGS GDASSFSAGFA, at PO BOX 15955, LENEXA, KS 66285.

Based on intercepted text messages and phone calls captured during the court-authorized wire and electronic intercept of 504-352-2835, used by New Orleans heroin distributor Nathaniel LOUIS, your affiant believes that the **Target Telephone** is used by an unidentified male, FNU LNU, who supplies LOUIS with quantities of heroin.

6.      Since this affidavit is being submitted for the aforementioned limited purpose, your affiant has not included each and every fact known to your affiant concerning this investigation, but has set forth the facts that your affiant believes are essential to establish the foundation for obtaining the Warrant and Order.

2

7.      Based upon your affiant's training, experience, and participation in numerous investigations involving the implementation of court-authorized wire intercepts of cellular telephones utilized by drug traffickers, and based upon your affiant's work with other experienced law enforcement agents, your affiant has determined that violators of federal controlled substance laws commonly rely on their cellular telephones to communicate with their criminal associates and drug suppliers to facilitate the purchase, sale, transportation, and distribution of controlled substances.  As such, these drug traffickers generally have their cellular telephones on their person or at least keep them in close proximity in order to conduct their criminal activities.

## INVESTIGATIVE FACTS

8.      During a lengthy investigation involving multiple undercover heroin purchases, along with a series of court-authorized wire and electronic intercepts, Nathaniel LOUIS has been identified as a heroin distributor in the New Orleans metropolitan area.  On July 10, 2017, and July 19, 2017, respectively, United States District Judge Jay C. Zainey authorized the wire and electronic intercept of telephone numbers (504) 224-3967 and (504) 352-2835, both utilized by LOUIS.  Monitoring of communications over these telephone numbers is on-going.  The wire and electronic intercepts have indicated that LOUIS is supplied with heroin from multiple sources, some of which have not been fully identified.

9.      For instance, on July 22, 2017, at approximately 1:51 p.m., the wire and electronic intercept monitoring (504) 352-2835, utilized by LOUIS, captured an outgoing call to the **Target Telephone**, used by FNU LNU.  During the intercepted conversation, LOUIS asked FNU LNU "I can talk on this phone?"  Your affiant believes that, in essence, LOUIS was asking FNU LNU if it was safe to discuss criminal activity over the **Target Telephone**.  Your affiant believes that FNU

3

LNU informed LOUIS that he was comfortable discussing criminal activity over the **Target Telephone** when FNU LNU replied to LOUIS' question by saying, "Yeah."

10.    As the same conversation continued, your affiant believes that LOUIS informed FNU LNU that he (LOUIS) had a unidentified customer, who wanted to purchase approximately four ounces of heroin for $10,000 (U.S. currency). Further, your affiant believes that LOUIS informed FNU LNU that he needed FNU LNU to supply him (LOUIS) with one and one quarter ounces (1 ¼ oz.) of heroin in order to fulfill the unidentified customer's heroin order. Your affiant believes that LOUIS articulated these circumstances to FNU LNU by saying, "Listen, I got a nigga (customer) got ten ($10,000) … what I just need from you … uhm, a ounce and a quarter and I'ma pay you for that." Your affiant believes that FNU LNU asked LOUIS to repeat his heroin order by asking, "What you say?" Your affiant believes that LOUIS rehashed his plan, which required FNU LNU to supply LOUIS with more heroin by saying, "I said I got a sale … a nigga got ten geez (($10,000), he want four (four ounces of heroin) … but I just need a ounce and a quarter from you … but I'ma need you to bring it right now." Your affiant believes that FNU LNU sought to confirm the amount of heroin LOUIS needed to fulfill the four ounce heroin sale that he had pending. FNU LNU asked, "A ounce and a quarter?" Your affiant believes that FNU LNU confirmed the order by saying, "Yeah… I'll just bring one and a quarter over there." LOUIS agreed and informed FNU LNU that he was ready to receive the order by saying, "Ok, just bring it."

11.    On July 22, 2017, at approximately 3:00 p.m., the wire and electronic intercept monitoring (504) 352-2835 (LOUIS) captured an incoming call from the **Target Telephone** (FNU LNU). During the intercepted conversation, your affiant believes that FNU LNU asked for LOUIS' whereabouts by asking, "Where you at?" Your affiant believes that LOUIS informed FNU

4

LNU that his arrival to their undisclosed meeting location was being slowed by a traffic jam by saying, "This fucking traffic going slow ...I'm about to pull up though."  FNU LNU said, "Alright," and the call ended.  Your affiant believes that this call confirmed FNU LNU's plan to follow through with the agreement to supply approximately 1 ¼ ounces of heroin to LOUIS.

12.     On July 22, 2017, at approximately 4:55 p.m., the wire and electronic intercept monitoring (504) 352-2835 (LOUIS) captured an incoming call from the **Target Telephone** (FNU LNU).  Based on the information exchanged during this conversation, your affiant believes that, after FNU LNU delivered approximately 1 ¼ ounces of heroin to LOUIS earlier, LOUIS contacted FNU LNU to deliver an additional 15 grams of heroin, which LOUIS planned to distribute to his customer base.  Your affiant believes that LOUIS articulated his heroin order to FNU LNU by saying, "I need mine man ... I'm out you know ... just bring me mine ... my usual ... my fifteen."  Your affiant believes that FNU LNU agreed to deliver fifteen grams of heroin to LOUIS by saying, "Alright," and the call ended shortly after.

13.     On July 22, 2017, at approximately 5:47 p.m., the wire and electronic intercept monitoring (504) 352-2835 (LOUIS) captured an incoming call from the **Target Telephone** (FNU LNU).  Based on the information exchanged during this conversation, your affiant believes that FNU LNU arrived at an unspecified location to meet with LOUIS in order to deliver the fifteen grams of heroin that LOUIS requested during the earlier call.  During the call, FNU LNU told LOUIS, "I'm outside," and LOUIS ended the call after he told FNU LNU, "Come on."

14.     Based upon the information intercepted during the conversations between LOUIS and FNU LNU, which are documented above, your affiant believes that FNU LNU is an unidentified heroin source of supply in New Orleans, LA.  Based on call frequency analysis of contacts between (504) 352-2835 (LOUIS) and the **Target Telephone** (FNU LNU) your affiant

5

believes that LOUIS is supplied heroin by FNU LNU frequently and that their illegal activities are not isolated to the incidents that occurred on July 22, 2017. For instance, between July 14, 2017, and July 22, 2017, your affiant found sixty-eight contacts between LOUIS and FNU LNU. You affiant believes that this high volume of contacts substantiates an ongoing criminal relationship between LOUIS and FNU LNU.

15.     Based upon the foregoing, your affiant submits that there is probable cause to believe that information regarding the physical location of the **Target Telephone**, particularly E-911 Phase II (Precise Location) data, will provide information concerning the whereabouts of FNU LNU, which is relevant to an ongoing criminal investigation into heroin trafficking in New Orleans. It is therefore requested, pursuant to Federal Rule of Criminal Procedure 41, that the Court issue an Order authorizing agents of the DEA to obtain physical location data for the **Target Telephone**, including but not limited to E-911 Phase II (Precise Location) data or other precise location information concerning the telephones, for a thirty day period. Agents intend to utilize E-911 data in conjunction with physical surveillance to assist in locating and positively identifying FNU LNU.

s/ Brian P. Mariana
BRIAN P. MARIANA
Special Agent
Drug Enforcement Administration

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint,

6

warrant, or summons and affidavit are those of the affiant, that the document received by me is a

correct and complete copy of the document submitted by the affiant, and that the information

contained in the complaint, warrant, or summons and affidavit is true and correct to the best of

the affiant's knowledge.

Sworn to and subscribed before me
This 26th day of July, 2017, at 11:30 a.m.,
New Orleans, Louisiana.

_____
HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

7

## ATTACHMENT A

### Property to be Searched

1.      The cellular telephone assigned call number **(504) 669-5549**, whose wireless service provider is Sprint, subscribed to DSGSGS GDASSFSAGFA, at PO BOX 15955, LENEXA, KS 66285 (the "**Target Telephone**").

2.      Information about the location of the **Target Telephone** that is within the possession, custody, or control of Sprint, including information about the location of the cellular telephone if it is subsequently assigned a different call number.

## ATTACHMENT B

### Particular Things to be Seized

All information about the location of the **Target Telephone** described in Attachment A for a period of thirty days, during all times day and night. "Information about the location of the **Target Telephone**" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (*i.e.*, antenna towers covering specific geographic areas) and "sectors" (*i.e.*, faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of Sprint, Sprint is required to disclose the Location Information to the government. In addition, Sprint must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with Sprint's services, including by initiating a signal to determine the location of the **Target Telephone** on Sprint's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate Sprint for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).

9

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE SEARCH     \*     17 MC 7130
OF THE CELLULAR TELEPHONE
ASSIGNED CALL NUMBER         \*
(504) 669-5549

                               \*

                    \*      \*      \*

## MOTION TO SEAL AFFIDAVIT, SEARCH WARRANT,
## AND APLICATION FOR SEARCH WARRANT,

      **NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully requests that the Court **SEAL** the Affidavit, Search Warrant and Application for Search Warrant in the above-captioned matter for the following reason:

      Publication of the foregoing documents could prejudice an ongoing investigation of this matter.

      **WHEREFORE**, the United States requests that the Court **SEAL** the Affidavit, Search Warrant and Application for Search Warrant in the above mentioned matter, as well as this Motion and Order to Seal.

                    Respectfully submitted,

                    DUANE A. EVANS
                    ACTING UNITED STATES ATTORNEY

                    s/ David Haller
                    DAVID E. HALLER
                    Assistant United States Attorney
                    650 Poydras Street, Suite 1600
                    New Orleans, Louisiana  70130
                    Telephone:  504-680-3000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE SEARCH OF        *        17 MC 7130
THE CELLULAR TELEPHONE
ASSIGNED CALL NUMBER                  *
(504) 669-5549
                                      *

                        *        *        *

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that the Affidavit, Search Warrant, Application for Search

Warrant and the Motion and Order to Seal in the above matter be SEALED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this order,

the Affidavit, Search Warrant and Application for Search Warrant to the U.S. Attorney's Office

and Drug Enforcement Administration.

New Orleans, Louisiana, this _26th_ day of July, 2017.

HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

SEALED

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (504) 669-5549 | ) ) ) ) ) ) Case No.    17 MC 7130 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Louisiana _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before ___August 8  2017___ *(not to exceed 14 days)*
◻ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____
*(United States Magistrate Judge)*

◻ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)*  ◻ until, the facts justifying, the later specific date of _____

Date and time issued:    7/26/17    11:20 a.m.    _____
*Judge's signature*

City and state:    New Orleans, Louisiana    Honorable Michael B. North, United States Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

S E A L E D

| Return | | |
|---|---|---|
| Case No.:<br>17 MC 7130 | Date and time warrant executed:<br>7-26-2017    8:20 p.m. | Copy of warrant and inventory left with:<br>NA |

| Inventory made in the presence of : |
|---|
| NA |

Inventory of the property taken and name of any person(s) seized:

Precise Location Information on telephone number (504) 669-5549 from

7-26-2017 through 8-24-2017.

---

Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/1/17

_____
Executing officer's signature

Subscribed, sworn to, and returned
before me this 18 day of Sept. , 2017.

Brian Mariana, Special Agent, DEA
_____
Printed name and title

_____
U.S. Judge or Magistrate

Case 2:17-cr-00217-JTM-JVM   Document 172   Filed 07/07/21   Page 24 of 47
Case 2:17-mc-07130-DM *SEALED*   Document 1-1   Filed 07/26/17   Page 1 of 2
S E A L E D

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>IN THE MATTER OF THE SEARCH OF THE CELLULAR<br>TELEPHONE ASSIGNED CALL NUMBER (504) 669-5549 | )<br>)<br>)<br>)  Case No.    17 MC 7130<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Louisiana_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before   August 8  2017            *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      7/26/17    11:20 a.m.                                    _____
                                                                                                                                   *Judge's signature*

City and state:      New Orleans, Louisiana                              Honorable Michael B. North, United States Magistrate Judge
                                                                                                                                   *Printed name and title*

S E A L E D

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>17 MC 7130 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| Certification | | |
|---|---|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

Subscribed, sworn to, and returned
before me this ___ day of _____, 20__.

_____
*Printed name and title*

_____
U.S. Judge or Magistrate

 

Email Message - Detail

---

**Found alert keywords:**
- **rat**

---

Date Added: 01/29/2020 04:39 pm CDT

Inmate: David Tran

Kiosk: (10433) -- B3 - 1

Recipient: rj1430@aol.com  SMS Log

Status: Approved

Status Date: 01/30/2020 09:22 am CDT

Status By: MailRoom

Notes for Admin:

Notes for Inmate:

Subject: U.S. V. DAVID TRAN

Message: MR.JENKINS,as your client,I feel that WE need to file for a continuence of the FRYE HEARING until we can properly meet with all of the DOCUMENTARY/WARRANT issues,and other issues we need to discuss as you are just appointed to this matter.In short,'WE' are not prepared too go forward at this time until we form an ATTORNEY-CLIENT DEFENSE STratAGY.Please respond too this TEXT as soon as possible with your intentions.

---

Message not replied to yet

CLOSED,DNSW,SW



# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:17-mc-07130-DM

Assigned to: Magistrate Duty Magistrate            Date Filed: 07/26/2017
                                                                          Date Terminated: 09/01/2017

**In Re**

**Search Warrant**                                    represented by **David Earl Haller**
                                                                    U. S. Attorney's Office (New Orleans)
                                                                    650 Poydras St.
                                                                    Suite 1600
                                                                    New Orleans, LA 70130
                                                                    504-680-3000
                                                                    Email: david.haller@usdoj.gov
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2017 | 1 | Application/Affidavit for Search Warrant with delayed notice for In the Matter of the Search of the cellular telephone assigned call number (504) 669-5549. Signed by Magistrate Judge Michael North. (Attachments: # 1 Search Warrant)(plh) (Entered: 07/27/2017) |
| 07/26/2017 | 2 | EXPARTE/CONSENT MOTION to Seal Affidavit, Search Warrant, Application for Search Warrant and Motion and Order to Seal (plh) (Entered: 07/27/2017) |
| 07/26/2017 | 3 | ORDER granting 2 Motion to Seal Affidavit, Search Warrant, Application for Search Warrant and Motion and Order to Seal. Signed by Magistrate Judge Michael North on 7/26/17. (plh) (Entered: 07/27/2017) |
| 09/01/2017 | 4 | SEARCH WARRANT Returned Executed on 7/26/17. Signed by Magistrate Judge Janis van Meerveld.(plh) (Entered: 09/01/2017) |
| 09/01/2017 | 5 | Request for Extension re Delay Notice Search Warrant signed by Magistrate Judge Janis van Meerveld(plh) (Entered: 09/01/2017) |
| 06/29/2020 | 6 | EXPARTE/CONSENT MOTION to Unseal Search Warrant Materials. (cms) (Entered: 07/02/2020) |
| 06/29/2020 | 7 | ORDER granting 6 Motion to Unseal Search Warrant Materials, including the Application, Affidavit in Support, Search Warrant, and Return. Signed by Magistrate Judge Dana Douglas on 6/29/2020. (cms) (Entered: 07/02/2020) |

Filed                              Document 6                          Misc No. 17-mc-7130
06/29/2020,   Motion to Unseal Search Warrant Materials In the Matter
of the Search of the Cellular telephone assigned call
number (504) 669-5549.


Filed                              Document 7
06/29/2020,   ORDER Signed by Honorable Dana M. Douglas
United States Magistrate Judge on 06/29/2020
See document 7 Motion to Unseal Search Warrant
Materials:


Richard

Aug 3, 2020,   Pursuant to your request for Certified documents
Copie they only have 1 2 3 4 document 16 page
What happen to document 5 6 7 if the Honorable Dana
M. Douglas United States Magistrate Judge Signed a
ORDER to Unseal Search Warrant Materials on
06/29/2020.


Aug 20, 2020,   Same thing When I ask the Clerk's office again about
the search Warrant Materials Misc No 17-mc-7130
16 pages only what happen to document 5 6 7.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**February 7, 2020**

TO:  **David Tran**
     **Nelson Coleman Correctional Center**
     **5061 Highway 3127**
     **Killona, LA  70057**

SUBJECT:17mc7130

**In response to your request for copy of information, Search and Seizure Warrant, please refer to the paragraph(s) as noted below:**

   X    1.  **The Clerk's Office is unable to provide you with the information you are requesting.**

_____ 2.  The Court is unable to act on the subject matter of your letter except in the context of a formal lawsuit. **Therefore, your document is being returned to you.**

_____ 3.  The Clerk's Office is unable to provide legal advice to individuals on how to proceed with a lawsuit. **Therefore, your document is being returned to you.**

_____ 4.  The records of this Court do not show that there is any pending case related to you at this time. **Therefore, your document is being returned to you.**

_____ 5.  Your document appears intended for a different court. **Therefore, your document is being returned to you.**

_____ 6.  You should not correspond directly with the Magistrate Judge or District Judge about your lawsuit. All pleadings and correspondence should be addressed to the Clerk of Court. **Therefore, your document is being returned to you. You must adhere to this rule in any future filings.**

_____ 7.  All pleadings and other papers filed must be on 8½" x 11" paper, double spaced, and legibly handwritten or typed. If the document consists of more than two (2) pages, each page of the document must bear a sequential number, beginning with "2" for the second page.  Standard font must be used. The Court may refuse to consider text presented in less than standard font, such as small or fine typeface.  All margins must be no less on 1". No print or writing may appear in the margins. See Local Rule 10.1. **You must adhere to this rule in any future filings.**

If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.

CAROL L. MICHEL
CLERK OF COURT

By: _____

Deputy Clerk

Respond to:
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Rev. 1/3/2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

March 5, 2020

TO:   David Tran
      Nelson Coleman Correctional Center
      5061 Highway 3127
      Killona, LA   70057

Attn:  David Tran

Unfortunately, a search of public records does not reflect a case with
number 17-mc-7130.

CAROL L. MICHEL
CLERK OF COURT

By:

      Deputy Clerk

4·3-20

Dear, Clerk office

   I am requesting a (copy) of the certified case
document can your please provide me them copy.

① Case 2:17-mc-07130-DM   Document 1-1  Filed 07/26/17
② Case 2:17-mc-07130-DM   Document 1   Filed 07/26/17
③ Case 2:17-mc-07130-DM   Document 4   Filed 09/1/17

Thank you for your time and consideration.

                 Sincerely,

                 David Tran

                 David Tran "78"
                 5061 LA Hwy. 3127
                 Killona, LA 70057

**TENDERED FOR FILING**

**APR 1 3 2020**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

April 27, 2020

TO:  DAVID TRAN "78"
     Nelson Coleman Correctional Center
     5061 Highway 3127
     Killona, LA  70057

SUBJECT:  2:17-mc-07130

Attn:  David Tran "78"

In response to your request dopy of documents, the information you are
seeking is not available. Therefore, your correspondence is being
returned and will find enclosed.

Regards,

CAROL L. MICHEL
CLERK OF COURT

By:
     Deputy Clerk

CLERK OF COURT                          AUG. 3, 2020

U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

500 POYDRAS ST.

NEW ORLEANS, LA.

         70130


IN RE:   IN THE MATTER OF THE SEARCH          17-MC-7130

        OF THE CELLULAR TELEPHONE

        ASSIGNED CALL NO. (504)669-5545


IN RE:   REQUEST FOR COSTS OF CERTIFIED CLERK OF COURT

        DOCUMENTS (ENCLOSED)


IN RE:   DAVID DEAN

        FEDERAL INMATE

        5061 LA. HWY. 3127

        KILLONA, LA.

           70057

DEAR CLERK OF COURT,

    BY WAY OF THIS LETTER, I AM REQUESTING THE TOTAL
COSTS OF PURCHASING CERTIFIED COPIES OF THE ENCLOSED
LEGAL DOCUMENTS.

TENDERED FOR FILING

AUG 05 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

               PAGE 1 OF 2

Please provide me with a specific invoice of costs, and I will immeadiarely have these costs transmitted to your office.

Sincerely Yours,

David Tran

MR. DAVID TRAN
Nelson Coleman Corr. Centre
5061 LA. Hwy. 3127
Killona, LA.
70057

PAGE 2 OF 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

CAROL L. MICHEL
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

AUGUST 6, 2020

Mr. David Tran B-3
Nelson Coleman Correctional Center
5061 LA. Highway 3127
Killona, Louisiana  70057

RE:    Certified Documents

Ms. Tran:

Pursuant to your request for Certified Copies of the following documents:

1.    Application for Search Warrant (12 pages);
2.    Motion to Seal Affidavit, Search Warrant, & Application for Search
      Warrant ( 1 page);
3.    Order (1 page);  and
4.    Search & Seizure Warrant (2 pages)

You have at total of 16 pages at a cost .50 per copy and 4 documents at a fee $11.00 per certification. The fee for the Certifications and copies are $54.00, which would need to be prior to the certification of requested documents.

If you have any questions or need assistance please do not hesitate to call our office at (504) 589-7691.

Sincerely,
CAROL L. MICHEL, CLERK

By: _____
          Deputy Clerk

Enclosures
SS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

CAROL L. MICHEL
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

AUGUST 20, 2020

Mr. David Tran B-3
Nelson Coleman Correctional Center
5061 LA. Highway 3127
Killona, Louisiana  70057

RE:    Certified Documents

Ms. Tran:

Pursuant to your request find enclosed Certified copies of the following document:

1.  Application for Search Warrant (12 pages);
2.  Motion to Seal Affidavit, Search Warrant, & Application for Search
    Warrant ( 1 page);
3.  Order (1 page);  and
4.  Search & Seizure Warrant (2 pages)

If you have any questions or need assistance please do not hesitate to call our office at
(504) 589-7691.

Sincerely,
CAROL L. MICHEL, CLERK

By: _____
Deputy Clerk

Enclosures
SS

All that time I been asking the clerks office for document 1-4 Case No. 17-mc-7130 They say they don't see anything on record. So I sent the clerk's office the document I have Case No. 17-mc-7130 that's when she check the record and don't see document 1-4 was Filed in to record on 07/26/17 and 9/1/17 So she contact AUSA David Haller up and Mr. Haller just add document 5-7 in to record to cover up. By the End of the day Search Warrant is Bogus This got to Be

STOP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN THE MATTER OF THE OF THE          *       **CASE NO. 17-MC-7130**
**SEARCH OF THE CELLULAR**
**TELEPHONE ASSIGNED CALL**          *
**NUMBER 504-669-5549**
                                     *

              *          *          *

**GOVERNMENT'S MOTION TO DELAY NOTICE**

I.

On July 26, 2017, pursuant to Rule 41(b) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Sections 3117 and 3122, the United States of America made an application to United States Magistrate Judge Michael B. North, who issued a warrant authorizing the acquisition of cell site and GPS precise location data on a targeted cellular telephone using phone number (504) 669-5549. The warrant was applied for in connection with an ongoing Drug Enforcement Administration ("DEA") investigation into the drug trafficking activities of David Tran.

II.

Monitoring of the target phone's location began on July 26, 2017. The warrant allowed for a thirty-day interception period. However, before the 30 days were up, the government sought and was granted authority to begin Title III interception of the phone. The authorization to conduct

the Title III interception included authority to monitor the phone's location. Therefore the location monitoring is ongoing, albeit under separate authority than the initial warrant.

III.

The warrant authorizing the acquisition of location data provided that notification of the execution of the order was to be delayed thirty (30) days in order to avoid jeopardizing the investigation. That period will expire on September 24, 2017. Pursuant to Rule 41(f)(3) and Title 18, United States Code, Section 3103a, any period of delay may be extended by the court for good cause shown for additional periods of up to ninety (90) days at a time, provided that an updated need for further delay is demonstrated.

IV.

The government submits that there is good cause to extend the period of delayed notification for an additional ninety (90) days for the following reasons. This period of delay is needed to conduct further investigation. Disclosure of the warrant could jeopardize this investigation, including the ongoing Title III interception of the same phone. In addition to causing David Tran to cease using the phone, disclosure could create increased risk for law enforcement once arrest warrants are executed at a future date.

**WHEREFORE,** in order to avoid jeopardizing the ongoing DEA investigation, the government respectfully requests that the Court issue an order extending the period of delayed notification for an additional ninety (90) days, until December 20, 2017.

2

Applicant further requests that this motion and the Court's order be **sealed** until otherwise ordered by the Court, with the exception that the United States Attorney's Office receive two copies, one of which will be furnished to the Drug Enforcement Administration.

Executed on this _____ day of September, 2015.

Respectfully submitted,

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

DAVID HALLER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3117

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN THE MATTER OF THE OF THE     *    **CASE NO. 17-MC-7130**
SEARCH OF THE CELLULAR
TELEPHONE ASSIGNED CALL     *
NUMBER 504-669-5549
                         *

                 *        *        *

**ORDER**

Considering the foregoing motion and the reasons set forth therein;

**IT IS HEREBY ORDERED** that the delay in warrant notification in this matter is

extended until December 20, 2017;

**IT IS FURTHER ORDERED** that this order and the foregoing motion shall be **SEALED**

by the Clerk of Court, with the exception that the United States Attorney's Office receive two

copies, one of which will be furnished to the Drug Enforcement Administration.

New Orleans, Louisiana, this ___1st___ day of September, 2017.

_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**     **SEALED**

IN THE MATTER OF THE SEARCH OF        *        **MISC NUMBER: 17-mc-7130**
THE CELLULAR TELEPHONE
ASSIGNED CALL NUMBER  (504) 669-      *
5549

                                              *

                                              *

            *         *         *

## MOTION TO UNSEAL SEARCH WARRANT MATERIALS

NOW INTO COURT comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and with respect represents:

On July 26, 2017, the Honorable Michael B. North, United States Magistrate Judge for the Eastern District of Louisiana, signed a search warrant authorizing the search of precise location information on telephone number (504) 669-5549. This application was filed under seal to avoid jeopardizing any ongoing investigations.

The targets of the investigation are now aware of the investigation and the rationale for the warrant to remain sealed is no longer present.

WHERFORE, the United States moves for an order unsealing the application for search warrant, affidavit in support, search warrant and return for this search warrant.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


*/s/ David Haller*
DAVID HALLER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3117
Email:  david.haller@usdoj.gov

2

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA** **SEALED**

IN THE MATTER OF THE SEARCH OF          *          **MISC NUMBER: 17-mc-7130**
THE CELLULAR TELEPHONE
ASSIGNED CALL NUMBER (504) 669-          *
5549

                                             *

                                             *

               *      *      *

**O R D E R**

Considering the foregoing Motion to Unseal Search Warrant Materials;

IT IS ORDERED that the search warrant materials, including the application, affidavit in support, search warrant, and return are unsealed for this matter.

New Orleans, Louisiana, this 29th day of ___June___, 2020.

_____
HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE



David Tran
5001 Highway 3127
Killona, LA 70057

legal mail

Honorable Judge Michael B. North
U.S. District court
Eastern District Of Louisiana
500 Poydras ST, Room* B-407
New Orleans, LA 70130