# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 17-217** |
| **DAVID TRAN (78)** | **SECTION "H"** |

## <u>ORDER</u>

Before the Court is Defendant David Tran's *pro se* Motion for Leave to File a wiretap application into the record (Doc. 183). Because Tran is represented by counsel in this matter, he is not entitled to file *a pro se* motion on his own behalf. *United States v. Alvarado*, 321 F. App'x 399, 400 (5th Cir. 2009). There is no "'constitutional right to hybrid representation.'" *Id.* (quoting *United States v. Ogbonna*, 184 F.3d 447, 449 n.1 (5th Cir. 1999)).

Accordingly;

**IT IS ORDERED** that the Motion shall be **STRICKEN** from the record.

New Orleans, Louisiana this 23rd day of September, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**